AMERICAN CAN COMPANY, APPELLANT-RESPONDENT, v. DIRECTOR, DIVISION OF TAXATION, RESPONDENT-PETITIONER.

*Mr. Arthur J. Sills* and *Mr. Elias Abelson* for the petitioner.

*Messrs. Pitney, Hardin & Kipp, Mr. William D. Hardin* and *Mr. James J. Petrella* for the respondent.

May 12, 1965. Denied.

URQUHART WARD, *ET AL.*, PETITIONERS-RESPONDENTS, v. CITY OF CAMDEN, RESPONDENT-PETITIONER.

*Mr. Joseph M. Nardi, Jr.* and *Mr. William M. Rosenblatt* for the petitioner.

*Mr. William C. Gotshalk* for the respondent.

May 12, 1965. Denied.